## The People of the State of Illinois, Appellee, v. Mrs. A. H. Brown, Appellant.

### (Not to be reported in full.)

Appeal from the County Court of Macoupin county; the Hon. ANDREW J. DUGGAN, Judge, presiding. Heard in this court at the April term, 1916. Affirmed. Opinion filed October 13, 1916.

### Statement of the Case.

Action by the People of the State of Illinois, plaintiff, against Mrs. A. H. Brown, defendant, to recover penalty for practicing medicine without a license. From a judgment against her for $100, defendant appeals.

The proof in the record showed that defendant treated Miss Meta Smith for stomach trouble and nerves for a long while by rubbing her with her hands, and told her to eat fruit and to take deep breaths many times daily. She also told her she was getting along all right and collected $1 per treatment. One witness testified that defendant treated her for nervousness for three years by rubbing her all over; that before starting the treatment defendant asked witness questions about her trouble, "just about like a regular doctor would," and told her what the trouble was; that it was nervousness and that witness paid her $1.40 per treatment. Another witness testified that defendant treated her by rubbing for constipation and charged her $1 per treatment. Another witness testified that defendant treated her by rubbing; that she had been ailing and had been to a doctor about it; that defendant told witness her trouble was constipation, and that she paid her $1.50 per treatment. Another witness testified that defendant treated her for nervousness three times a week for five months and occasionally for three months more, by rubbing; that she told her she could cure her;

that she would guarantee that witness would get well; that witness went to her as an osteopath and told her so, and defendant took her as her patient as an osteopath; that she called the treatments osteopathic, said she was an osteopath, and gave directions as to what witness should eat; that defendant charged her $1.40 per treatment.

ALFRED A. ISAACS and PEEBLES & PEEBLES, for appellant.

JAMES H. MURPHY and VICTOR HEMPHILL, for appellees.

MR. JUSTICE GRAVES delivered the opinion of the court.

## Abstract of the Decision.

PHYSICIANS AND SURGEONS, § 8*—*when evidence sufficient to sustain judgment for practicing medicine without license.* In an action to recover for the penalty provided for by Rev. St. ch. 91, sec. 9 (J. & A. ¶ 7390), for practicing medicine without a license, evidence showing that the defendant treated her patients by rubbing, giving advice as to diet and breathing, and collected fees therefor, *held* sufficient to sustain a judgment against her.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.